UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ILLINOIS EXTENSION
PIPELINE COMPANY, L.L.C.,

    Plaintiff,

v.

BARBARA RAE BREHM et al,

    Defendant.                                  No. 15-cv-636-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation to Dismiss executed by the plaintiff and defendants.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on October 6, 2015 (Doc. 31), this case is **DISMISSED** with prejudice.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                BY:    /s/*Caitlin Fischer*
                                            **Deputy Clerk**

Dated:   October 6, 2015

Digitally signed by
David R. Herndon
Date: 2015.10.06
14:23:08 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT